NO. 07-03-0081-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JUNE 24, 2003

_____

IN THE MATTER OF THE MARRIAGE OF
WALTER CHARLES BROGAN, III AND TINA MARIE BROGAN
AND IN THE INTEREST OF WILLIAM CHRISTOPHER BROGAN
AND SHAUN PATRICK BROGAN, MINOR CHILDREN

_____

FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;

NO. 2001-514,816; HONORABLE DRUE FARMER, JUDGE

_____

Before JOHNSON, C.J., and REAVIS, J., and BOYD, S.J.[*]

**ABATEMENT AND REMAND**

Tina Marie Brogan appeals from a final decree of divorce signed December 6, 2002.

Although she filed a timely request for findings of fact and conclusions of law pursuant to

Rule 296 of the Texas Rules of Civil Procedure, to date, the Honorable Drue Farmer has

_____

[*]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

not made any. Pending before this Court is Tina's unopposed motion to abate this appeal and remand the cause to the trial court for findings of fact and conclusions of law. We grant the motion and abate the appeal and remand the cause to the trial court for further proceedings.

Section 6.711(a) of the Texas Family Code Annotated (Vernon Supp. 2003) provides that when a judgment dissolving a marriage is rendered, on request by a party, the trial court shall make written findings of fact and conclusions of law. Accordingly, we abate this appeal and remand the cause to the trial court to enter findings of fact and conclusions of law in support of its judgment. We direct the trial court to cause its findings and conclusions to be incorporated into a supplemental clerk's record and filed with the Clerk of this Court no later than Monday, July 14, 2003.

Tina's brief is currently due on June 30, 2003. The Court hereby extends the deadline in which to file her brief to Monday, August 11, 2003. Walter's brief will be due 30 days after Tina's brief is filed.

It is so ordered.

Per Curiam

2